UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR00249 ERW |
| ) | |
| DONALD TURNER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Motion for Leave to Appeal In Forma Pauperis [doc. #127] by Defendant Donald Turner. Upon review of Defendant Turner's financial information, the Court finds Defendant unable to pay any portion of the filing fee and grants his request on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Donald Turner's Motion for Leave to Proceed In Forma Pauperis on Appeal [Doc. #127] is **GRANTED**.

So Ordered this 11th Day of February, 2009.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**